UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL HAMILTON, | ) | No. CV 04-01900-JVS (VBK) |
| Petitioner, | ) ) | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF |
| v. | ) ) | THE UNITED STATES MAGISTRATE JUDGE, AND (2) GRANTING THE |
| TERESA A. SCHWARTZ, WARDEN, | ) ) | PETITION FOR WRIT OF HABEAS CORPUS |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. §636, the Court has made a <u>de</u> <u>novo</u> review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Answer, Petitioner's Traverse, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, (2) the Governor's reversal of the Board's decision to grant parole to Petitioner is not supported by "some evidence" in the record and thus Petitioner was denied due process of the law; (3) Grounds One, Six, Eight and Nine are denied on the

//

//

1  merits; and (4) the Petition for Writ of Habeas Corpus is granted, and
2  the parole date set by the Board is reinstated, and is entered
3  accordingly.

5  DATED: _____6.13.08_____

7  JAMES V. SELNA
   UNITED STATES DISTRICT JUDGE