UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL HAMILTON, | ) | No. CV 04-01900-JVS (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| TERESA A. SCHWARTZ, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and granting the Petition for Writ of Habeas Corpus ("Petition"),

**IT IS ADJUDGED** that the Petition be granted.

DATED: 6.13.08

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

3